USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/2021

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**MEMORANDUM ENDORSED**

| | |
|---|---|
| ROXANNE HANCOCK, on behalf of herself and all others similarly situated<br><br>Plaintiff(s),<br><br>-against-<br><br>KAGAN LUBIC LEPPER FINKELSTEIN & GOLD, LLP and JOHN DOES 1-25,<br><br>Defendants. | Civil Case No.: 1:21-cv-01547 (GHW)<br><br>**STIPULATION OF VOLUNTARY DISMISSAL** |

It is hereby stipulated by and between Counsel that this action is settled.

Therefore, it is ordered by the Court that this action is discontinued without costs and with prejudice.

Dated: July 22, 2021

_[signature]_  
Benjamin J. Wolf, Esq.  
Jones, Wolf & Kapasi, LLC  
One Grand Central Place  
60 East 42nd Street, 46th Floor  
New York, New York 10165  
bwolf@legaljones.com  
*Attorneys for Plaintiff*

_[signature]_  
Jesse P. Schwartz, Esq.  
Kagan Lubic Lepper Finkelstein & Gold, LLP  
200 Madison Avenue, 24th Floor,  
New York, New York 10016  
jschwartz@kll-law.com  
*Attorneys for Defendant*

The parties have stipulated to the dismissal of this action with prejudice under F.R.C.P. 41(a)(1)(A)(ii).

Dated: July 27, 2021
New York, New York

_____  
_[signature]_  
GREGORY H. WOODS  
United States District Judge